IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIE DOSS, JR., §<br>    Plaintiff, §<br> §<br>v. §    No. 3:20-cv-01158-M (BT)<br> §<br>CHRIS CASTONON, §<br>    Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the plaintiff's complaint will be **DISMISSED with prejudice** under 28 U.S.C. §§ 1915A(b)(i) and 1915(e)(2)(B)(i).

**SIGNED this 26th day of October, 2021.**

_____
BARBARA M. G. LYNN
CHIEF JUDGE